# CASES REPORTED WITH BRIEF SYLLABI

AND

# DECISIONS HANDED DOWN WITHOUT OPINION.

---

THIRD DEPARTMENT, SEPTEMBER, 1919.

LOUISE HAMBURGER, Appellant, v. CORNELL UNIVERSITY, Respondent.— Motion to dismiss appeal denied, without costs.

HOCHNER-POSNICK Co., INC., Appellant, v. WILBUR-HANCOCK Co., INC., Respondent.— Judgment and order affirmed, with costs. All concurred, except John M. Kellogg, P. J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by ELIZABETH CARLSON, Widow of JOHN W. B. CARLSON, Deceased, Appellant, on Behalf of Herself and Infant Children, on Account of the Death of JOHN W. B. CARLSON, v. THE CUNARD STEAMSHIP COMPANY, LTD., Employer and Self-Insurer, Respondent.— Decision unanimously affirmed, on the authority of *Matter of Doey* v. *Howland Co.* (224 N. Y. 30); *Matter of Anderson* v. *Johnson Lighterage Co.* (Id. 539), and *Matter of Keator* v. *Rock Plaster Mfg. Co.* (Id. 540).

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by JAMES CASMEY, v. GEORGE PARKS' SONS Co., INC., Employer, and NEW AMSTERDAM CASUALTY COMPANY, Insurance Carrier, Respondents. LAVINIA CASMEY, Administratrix, etc., Appellant.— Decision affirmed, on the authority of *Wozneak* v. *Buffalo Gas Co.* (175 App. Div. 268). All concurred, except John M. Kellogg, P. J., and Lyon, J., dissenting.

In the Matter of the Application and Petition of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, Pursuant to Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906. DIAMOND MILLS PAPER COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with costs.

THE BURT OLNEY CANNING COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion denied.

AMOS D. BRIDGE'S SONS, INC., Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 5221.) — Motion denied.

LEWIS E. CARR and Others, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgments of Court of Claims affirmed, with costs. All concurred, except H. T. Kellogg, J., dissenting.

MARY C. DIGGS, Appellant, v. EDWARD R. DIGGS, Respondent.— Motion denied.